BU14WACDS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLOYD REYNOLDS, et al.<br><br>Plaintiff,<br><br>v.<br><br>IMAX CORPORATION, RICHARD L. GELFOND, BRADLEY J. WECHSLER, and FRANCIS T. JOYCE,<br><br>Defendants. | 06 Civ. No. 06693 (NRB)<br><br>STIPULATION AND ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/06

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants by their undersigned counsel, as follows:

1. Defendants shall accept service of the above-captioned summons and complaint as of the date hereof;

2. Plaintiffs shall have 60 days from the appointment by the Court of a lead plaintiff and approval of lead plaintiff counsel pursuant to the Private Securities Litigation Reform Act of 1995 to file and serve a Consolidated Amended Complaint;

3. The time for defendants to answer or otherwise respond or move with respect to the Complaint shall be extended until 60 days after the filing of a

Consolidated Amended Complaint by the lead plaintiff.

Dated: New York, New York
September 12, 2006

GIRARD GIBBS LLP
By: /s/ Jonathan K. Levine

Jonathan K. Levine (JL-8390)

Aaron M. Sheanin
601 California Street, 14th Floor
San Francisco, CA 94108
(415) 981-4800
Fax: (415) 981-4846

MILBERG WEISS BERSHAD & SCHULMAN LLP
Janine L. Pollack (JP-0178)
One Pennsylvania Plaza. 49th Floor
New York, New York 10119
(212) 594-5300
Fax: (212) 868-1229

Attorneys for Plaintiff Floyd Reynolds

CLEARY, GOTTLIEB, STEEN & HAMILTON LLP
By: L Liman /ea

Lewis J. Liman (LJL-9166)

One Liberty Plaza
New York, New York 10006
(212) 225-2000
Fax: (212) 225-3999
Email: lliman@cgsh.com

Attorneys for Defendants

SO ORDERED:

Naomi Reice Buchwald

The Honorable Naomi Reice Buchwald, U.S.D.J.

9/15/06