MEMO ENDORSED

MILBERG WEISS

NEW YORK
LOS ANGELES

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/06

Janine L. Pollack
Direct Dial: 212-946-9376
jpollack@milbergweiss.com

October 9, 2006

VIA FACSIMILE

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
OCT 10 2006
UNITED STATES DISTRICT JUDGE

The Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, New York 10007-1312

Re: Reynolds v. IMAX Corporation, No. 1:06-CV-6693

Dear Judge Buchwald:

My firm, Milberg Weiss Bershad & Schulman LLP, along with the law firm of Girard Gibbs LLP, are plaintiff's counsel in the above-captioned action. We wish to make a motion on behalf of our client for consolidation of this action and related securities class actions, appointment as lead plaintiff and approval of selection of lead counsel in the above-referenced and related securities class action pursuant to Section 21D of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(3) (the "Lead Plaintiff Motion").

We are aware of the Court's Individual Practice Rule requiring that a pre-motion conference be held before the filing of any motions. We write to seek leave from that rule for the purpose of meeting the Exchange Act's requirement that lead plaintiff motions be filed not later than 60 days after the date notice of the action was first published. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II). In this case, the first notice of action was published on August 11, 2006, and the lead plaintiff motions must be filed no later than Tuesday, October 10, 2006. We respectfully submit that, under these circumstances, where we do not know the identities of the

Application granted. So Ordered. Naomi Reice Buchwald, USDJ 10/10/06

other movants, if any, and where the filing of a motion is statutorily mandated by the 60-day time limit, the requirement of a pre-motion conference should be waived.

Sincerely,

Janine L. Pollack

Janine L. Pollack

JLP:pb

cc: All parties and/or their counsel on attached service list (via facsimile)